No. 80–5894. ANTONI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–5895. DEVINCENT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–5919. MUSE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6007. BRADENBURG *v.* BEAMAN ET AL.; and
No. 80–6032. BRADENBURG *v.* SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 632 F. 2d 120.

No. 80–6021. DOCK *v.* MORRIS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–6023. COLEMAN *v.* SOWDERS, WARDEN; and
No. 80–6094. COLEMAN *v.* SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied. Reported below: 642 F. 2d 450.

No. 80–6027. JOHNSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–6028. KINNELL *v.* CLERK OF THE COURT OF APPEALS OF KANSAS ET AL.; KINNELL *v.* CARLIN ET AL.; and KINNELL *v.* WILLCOTT ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–6033. RAMOS *v.* PUERTO RICO. Super. Ct. P. R., Aquadilla Part. Certiorari denied.

No. 80–6035. SHEPPHARD *v.* CIRCUIT COURT OF CLARK COUNTY, INDIANA, ET AL. Sup. Ct. Ind. Certiorari denied.

No. 80–6036. HOLSEY *v.* WATKINS, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari denied.